**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03102-BNB

IRA MINER,

    Applicant,

v.

JAMES FALK, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Applicant's motion (ECF No. 10) filed on December 26, 2013, asking for an extension of time to file a reply to the pre-answer response (ECF No. 9) filed on December 16, 2013, and a motion (ECF No. 11) also filed on December 26, asking to amend the habeas corpus application and providing the amendments he wishes to make to claims seven, eight, nine, and ten.

    To the extent Applicant seeks to amend his habeas corpus application, the motion (ECF No. 11) is GRANTED.  However, Applicant will not be permitted to amend his application in the piecemeal desire he seeks.  Instead, he will be allowed **thirty (30) days from the date of this minute order** in which to submit a final amended application on the proper, Court-approved form for filing an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 that contains all the claims he wishes to assert in this action.  Failure to do so within the time allowed will result in the Court proceeding with the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) he originally filed on November 11, 2013, and the pre-answer response (ECF No. 9) Respondents submitted on December 16, 2013.  Applicant shall obtain the Court-approved form for filing an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at **www.cod.uscourts.gov.**

    The motion (ECF No. 10) for an extension of time to file a reply to the pre-answer response (ECF No. 9) filed on November 11 is DENIED at this time, since Applicant is being given the opportunity to file a completely amended application.

Dated:  December 27, 2013