**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03102-BNB

IRA MINER,

    Applicant,

v.

JAMES FALK, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Applicant's motion (ECF No. 16) filed on February 21, 2014, asking for a ninety-day extension of time to file a reply to the pre-answer response (ECF No. 14) filed on February 10, 2014, and Applicant's motion (ECF No. 17) also filed on February 21 asking for a loan of records in his criminal case.

    The motion for extension of time is **GRANTED for thirty (30) days only**. The motion for loan of records is **DENIED** as premature.

Dated:  February 25, 2014