**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable William J. Martínez**

Civil Action No. 13-cv-03102-WJM

IRA MINER,

       Applicant,

v.

JAMES FALK, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

       Respondents.

---

## ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the application for a writ of habeas corpus filed

pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the

Respondents shall file with the Clerk of the Court, in electronic format if available, a

copy of the complete record of in *People v. Miner*, Jefferson County District Court Case

No. 06CR454, including all documents in the state court file and transcripts of all

proceedings conducted in the state court, but excluding any physical evidence (as

opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of

this order to the following:

    (1)    Jefferson County Combined Court
             100 Jefferson County Parkway
             Golden, CO 80401

    (2)    Court Services Manager

State Court Administrator's Office
101 W. Colfax, Ste. 500
Denver, Colorado  80202.


Dated this 3rd day of November, 2014.

BY THE COURT:

William J. Martinez
United States District Judge